UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS GUTIERREZ, ) | NO. CV 12–4808 FMO |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| GREG LEWIS, Warden, ) | |
| ) | |
| Respondent. ) | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated this 29th day of January, 2013.

/s/
Fernando M. Olguin
United States District Judge